In the Matter of THE BROOKLYN UNION GAS COMPANY, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

(Argued March 5, 1935; decided March 19, 1935.)

*Charles G. Blakeslee, John J. Donohue* and *John T. Ryan* for appellants.

*Jackson A. Dykman, Sigourney B. Olney* and *Neile F. Towner* for respondent.

Order affirmed, with costs. First and second questions certified answered in the affirmative, and third question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Not sitting: LOUGHRAN, J.